IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN 17 2006
U.S. COURT OF
FEDERAL CLAIMS

XO COMMUNICATIONS, INC.

Plaintiff

v.

No. 06-40 T

THE UNITED STATES,

Defendant

COMPLAINT

TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF FEDERAL CLAIMS:

COMES NOW, XO Communications, Inc., the Plaintiff herein, by its attorney, Anthony C. Gulotta of the Law Firm of Anderson & Gulotta, P.C. to file the within Complaint based on the following:

1. This Court has jurisdiction over this matter by reason of 28 U.S.C. §1491, which provides for review by this Court of any claim against the United States founded on an Act of Congress or any regulation of an executive department.

2. This Court has jurisdiction over this matter by reason of 26 U.S.C. §6532, which provides that an action may be commenced against the United States after a six (6) month period expires following a claim for a refund made to the Internal Revenue Service.

3. The Plaintiff is a corporation incorporated in the state of Deleware with a primary place of business at 11111 Sunset Hills Road, Reston, Virginia 20190

4. The Plaintiff was formerly Concentric Networks Corporation, a corporation now wholly merged into XO Communications, Inc.

5. The Defendant is the United States of America, with the Internal Revenue Service as the Agency with interest.

6. The Plaintiff, XO Communications, Inc. is an entity that consists of several merged companies.

7. NEXTLINK Communications, Inc. merged into NM Acquisitions Corp. in May of 2000 in anticipation of their merger with Concentric Networks Corporations. At the time of this merger NM Acquisitions changed their name to NEXTLINK Communications, Inc.

8. On June 16, 2000 Concentric Networks Corporation, Eagle River Investments, L.L.C., and Craig O. McCaw merged into NEXTLINK Communications, Inc. (NM Acquisition Corp., doing business as NEXTLINK Communications, Inc.), joining the old NEXTLINK Communications, Inc. in this new entity.

9. On June 16, 2000 Concentric Networks Corporation and the old NEXTLINK began their new existence as the new merged company NM Acquisition Corp., doing business as NEXTLINK Communications, Inc.

10. On October 25, 2000 the new NEXTLINK Communications, Inc. (formerly known as NM Acquisition Corp.) changed its name to XO Communications, Inc.

11. XO Communications, Inc., formerly NM Acquisition Corp. has Federal Employee Identification Number 54-1983517.

12. NM Acquisitions Corporation was issued a second Federal Employee Identification Number that was formed in error. That number was 91-2030562 and has since been cancelled.

13. NEXTLINK Communications, Inc. had a Federal Employee Identification number of 91-1738221 prior to the merger.

14. Concentric Networks Corporation had a Federal Employee Identification number of 65-0257497 prior to the merger.

15. Concentric Network Corporation was an internet service provider.

16. XO Communications, Inc. is a communications company offering both telephony and data (internet) products.

17. Plaintiff's claim is a claim for refund of Federal Communication Excise Tax (Internal Revenue Code Section 4251). Plaintiff's claim is based on their purchases of dial up access, transport lines, asynchronous transfer mode (ATM) switch access, and various other purchases used in order to assemble and maintain a packet switch network necessary to provide internet access to its customers.

18. In order to provide Internet access to its customers, the Plaintiff established and maintained a digital packet-switched network that spanned from the point that the customer accessed the Plaintiff's Internet Service Provider (ISP) network, (known as a "Point of Presence or "PoP") to a National Access Point, where high-bandwidth connections allow Internet Service Providers to share data traffic.

19. To establish its packet- switched network the Plaintiff purchased and installed data routing equipment, circuit access to allow its dial up access customers to send data over Plaintiff's network, and access to various transport circuits including, but not limited to, Trunk Level 1 (T-1s), Primary Rate Interface (PRIs) and Basic Rate Interface (BRIs) from telecommunication providers.

20. The items purchased by the Plaintiff, as fully set forth in the documentation supporting this Complaint and summarized in paragraph 19 above, were necessary to

establish and maintain the Plaintiff's packet-switched network and allowed the Plaintiff to integrate their network into the larger Internet.

21. The Plaintiff's ISP network was used by their customers to send and access information services on the Internet.

22. The Plaintiff's customers, in general, were responsible for the purchase of telecommunication services, and the payment of the associated tax, on the dial up data call that carried the customer's data to the Plaintiff's PoP.

23. The information services accessed by users of the internet are routed and received through the use of a Transmission Control Protocol (TCP) and Internet Protocol (IP). The TCP breaks the information being sent by the customer into tiny packets, assigns each an IP address and then releases the data. The customer's computer transmits the data across the ISP's packet-switched network, through the Network Access Point, to its ultimate destination computer. The computer receiving the information then reassembles the data as it arrives. If the TCP identifies missing data, it initiates a search for it. This process is necessary because each piece of data travels through the Internet independently of each other.

24. No direct or continuous connection is established between the two telephone modems that connect the two computers that transfer the data using the protocols set forth in paragraph 23 above.

25. Internet access and a telephone call can be distinguished by the lack of a continuous connection by the former. When a person makes a telephone call there is an actual continuous direct connection between the two telephones. Likewise, in a modem hookup over a telephone line to transmit data to a remote computer, there is an actual connection. However, connections made over the Internet are not direct and continuous. An actual connection, beyond the dial up connection between the customer and the ISP's PoP, is never made. In a packet-switched network such as the Internet, no two computers ever maintain a direct connection, instead, each computer on the Internet sends and receives data packets independently of one another. The ISP's role in the internet is to assemble a network of circuits that allow its customers to send and receive data packets from every other computer connected to the Internet and to route those packets to their destination appropriately. The purchases at issue in this matter are the Plaintiff's purchases of circuits that it used to assemble its packet-switched network.

26. 26 U.S.C. §4251 imposes a tax "on amounts paid for communications services." Section 4251(b) defines communications services as including "local telephone service", "toll telephone service", and "teletypewriter exchange service".

27. 26 U.S.C. §4252(a)(1) defines "local telephone service" as "the access to a local telephone system, and the privilege of telephonic quality communication with substantially all persons having telephone or radio telephone stations constituting a part of such local telephone system."

28. 26 U.S.C. §4252(a) further provides that the term does not include "private communication service."

29. 26 U.S.C. §4252(d) defines a "private communication service" as "(d)(1)(A) a communication service furnished to a subscriber which entitles the subscriber…to exclusive or priority use of any communication channel or groups of channels, or…(d)(1)(B) to the use of an intercommunication system for the subscriber's stations, regardless of whether such channel, groups of channels, or intercommunication system may be connected through switching with a service described in subsection (a), (b), or (c) [local telephone service, toll telephone service and teletypewriter exchange service, respectively],… (d)(2) switching capacity, extension lines and stations, or other associated services which are provided in connection with, an are necessary or unique to the use of, channels or systems described in paragraph (1), and…the channel mileage which connects a telephone station located outside a local telephone system area with a central office in such local telephone system, except that such term does not include any communication service unless a separate charge is made for such service."

30. 26 U.S.C. § 4252(b) defines "toll telephone service" as "a telephonic quality communication for which (A) there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication and (B) the charge is paid within the United States, and …a service which entitles the subscriber, upon payment of a periodic charge (determined as a flat amount or upon the basis of total

elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all or a substantial portion of the persons having telephone or radio telephone station in a specified area which is outside the local telephone system are in which the station provided with this service is located."

31. Based on the clear and concise law contained in the Internal Revenue Code and Treasury Regulations, the Taxpayer filed a request for refund of Section 4251 Communication Excise Tax erroneously paid on their purchases of circuits from telecommunication providers that the Plaintiff used to assemble and maintain their network that they used to provide internet access to their customers, on the grounds that such purchases were outside the scope of the Communications Excise Tax as set forth in 26 U.S.C. §4251.

32. The Plaintiff filed a request for refund (IRS Form 8849, supporting schedules, quarterly tax breakouts and "non-consent statements") on July 16, 2004 in the amount of $4,000,000.00. A copy of the refund claim is attached hereto as Exhibit "A" and made a part hereof.

33. The Plaintiff subsequently amended such refund request to $221,549.55 through correspondence with Dave Friedman, which is attached as Exhibit "B" and made a part hereof.

<u>Claim for Refund of Section 4251 Communication Excise Tax</u>

34. The averments set forth in Paragraphs 1 through 33 of this Complaint are incorporated by reference herein as though the same were fully set forth herein.

35. The Plaintiff's purchases were outside the scope of the Section 4251 Communication Excise Tax in that the purchases, as fully set forth in the claims attached hereto, did not provide the Plaintiff with access to and the privilege of use of local telephone service or toll telephone service, and in some cases were private lines used to build and maintain the network used to provide internet access to customer.

36. The Plaintiff erroneously paid Section 4251 Communication Tax on their purchases, as fully set forth in the claims attached hereto, used to build and maintain a network used to provide internet access.

37. The Plaintiff submitted Forms 8849 with supporting documentation in accordance with the procedures set forth by the Internal Revenue Service for the refund of the $221,549.55 erroneously paid Section 4251 Communication Excise Tax.

38. The Internal Revenue Service has a duty to process refund claims for Section 4251 Communication Excise Tax under 26 U.S.C. §6415.

39. The Plaintiff has waited more than six months since the filing of their refund requests (Forms 8849), as prescribed by 26 U.S.C. 6532, for the Internal Revenue Service to process their claims for refund before bringing this action.

40. The Plaintiff is entitled to a refund of the amount requested - $221,549.55

WHEREFORE, Petitioner respectfully requests that the Honorable Court review the Plaintiff's requests for refunds of Section 4251 Communication Excise Tax, and after hearing, (1) enter judgment in favor of the Plaintiff and against the United States in the amount of $221,549.55, with statutory interest and (2) grant such legal and equitable relief to which the Plaintiff may be entitled.

A hearing is requested.

Respectfully submitted,

____________________ Date: 1/13/06

Anthony C. Gulotta, Esq.
I.D. # 82081
Anderson & Gulotta, P.C.
Attorney for Plaintiff
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
(717) 541-5434 (FAX)

7-12

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: XO COMMUNICATIONS INC

Employer identification number (EIN): 541983517

Address (number, street, room or suite no.): 11111 SUNSET HILLS ROAD

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: RESTON VA

ZIP code: 20190

Month claimant's income tax year ends:

Foreign country, if applicable. Do not abbreviate.:

Daytime telephone number (optional): 7175411280

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720)****, Claims,* ***Form 4136****, Credit for Federal Tax Paid on Fuels,* ***Form 2290****, Heavy Highway Vehicle Use Tax Return, or* ***Form 730****, Monthly Tax Return On Wagers.*

INTERNAL REVENUE SERVICE RECEIVED JUL 14 2004 EXCISE UNIT 36-410 CINCINNATI SERVICE CENTER

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] Signature and title (if applicable) — Date: 6/30/04

Michael O'Day

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions. Cat. No. 20027J Form **8849** (Rev. 1-2003)

INTERNAL REVENUE SERVICE 171 RECEIVED JUL 12 2004 BATCHING UNIT COVINGTON, KY

NO. 137 ~~ACCEPTED~~ JUL 16 2004 By CLASSIFICATION S.C. 17

INTERNAL REVENUE SERVICE RECEIVED JUL 14 2004 EXCISE UNIT 36 CINCINNATI SERVICE CENTER

EXHIBIT A

Schedule 6 (Form 8849) (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

**Other Claims**

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| XO Communications, Inc. | 54-1983517 | $ 4,000,000.00 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 04/01/2001 Latest date ▶ 12/31/2001

Claimant's registration number for Section 4091(d) claims. ▶

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Communications Excise Tax sec. 4251 | $ 4,000,000 | 00 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6415(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

## STATEMENT OF NON-ALLOWANCE OF CREDIT FOR COMMUNICATIONS EXCISE TAX REFUND

I, Michael O'Day, of XO Communications, Inc. ("Taxpayer) hereby states that the Taxpayer has not consented and shall not consent to the allowance of a credit or refund to the telephone companies that collected the excise tax at issue in the present refund claim. I make this statement under the penalty of perjury.

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I** Power of Attorney

Caution: *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| XO Communications, Inc.<br>11111 Sunset Hills Road<br>Reston, VA 20190 | | 54 1983517 |
| | Daytime telephone number<br>( 703 ) 547-2269 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Anthony C. Gulotta<br>Focused Business Solutions, LLC<br>1110 North Mountain Rd., Harrisburg, PA 17112 | CAF No.<br>Telephone No. 717-541-1280<br>Fax No. 717-541-5434<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Michael A. Warnagiris<br>Focused Business Solutions, LLC<br>1110 North Mountain Rd., Harrisburg, PA 17112 | CAF No.<br>Telephone No. 717-541-1280<br>Fax No. 717-541-5434<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Excise Tax, sec 4251 | Form 8849 (Refund) | 2001 |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ..........

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here _______ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ Anthony C. Gulotta

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☐

b If you do not want any notices or communications sent to your representative(s), check this box . . . . . . ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do **not** want to revoke a prior power of attorney, check here. . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| [signature] | 6/30/04 | CHIEF TAX OFFICER |
|---|---|---|
| Signature | Date | Title (if applicable) |

| Michael O'Day | ☐☐☐☐☐ | |
|---|---|---|
| Print Name | PIN Number | Print name of taxpayer from line 1 if other than individual |

| | | |
|---|---|---|
| Signature | Date | Title (if applicable) |

| | ☐☐☐☐☐ |
|---|---|
| Print Name | PIN Number |

**Part II Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.

d Officer—a bona fide officer of the taxpayer's organization.

e Full-Time Employee—a full-time employee of the taxpayer.

f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).

g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).

h Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| A | PA | | |
| | | | |
| | | | |

## INTRODUCTION

The present Claim for Refund involves Communication Excise Tax (IRC Section 4251) erroneously paid by XO Communications, formerly known as Concentric, Inc.,[1] on their purchase of dial up access from other telephone companies. The dial up access was used to provide internet access for the Internet Service Providers' (ISP) customers. XO Communications is referred to in this discussion as the Taxpayer.

## ISSUE

Whether purchases by the Taxpayer for dial up access are exempt from the Communication Excise Tax, given that said purchases were used to provide internet access by the ISP and are, therefore, not within the scope of the IRC Section 4251 tax?

## DISCUSSION

Section 4251 of the Internal Revenue Code imposes an Excise Tax on amounts paid for communication services. 26 U.S.C. §4251. Communication services include local telephone service, toll telephone service and teletypewriter exchange service. Id. The IRS has determined that amounts paid by "ISPs [to telephone companies] for providing access over the lines ... are not subject to the communications excise tax imposed by §4251". (Name Not Published), Letter Ruling No. 2001133008 (Internal Revenue Service 2001). In this decision the communication lines at issue were part of a network that the taxpayer used to provide ISPs access to the internet. Id. The purchases by the taxpayer, and their sale to ISPs for access to their network, were found not to be within the scope of the Communication Excise Tax. Id. The present Taxpayers' case is identical. The taxpayer purchased various telephone access from carriers across the country for their internet customers to access the internet. On many of these purchases the Taxpayer erroneously paid federal excise tax. Since these purchases were not within the scope of the Communication Excise Tax, the Taxpayer is entitled to a refund.

During 2001 the Taxpayer erroneously paid $4,000,000[2] in Federal Communication Excise Tax (Section 4251). A schedule of these purchases is included. The invoices for these purchases are voluminous and are in storage at the Taxpayer's Representatives business office in Harrisburg, PA.[3] The Taxpayer's Representative will provide the Internal Revenue Services with copies of a sample of the invoices or allow the entire file to be inspected, at the Internal Revenue Services' request. Since the purchases by the Taxpayer included in this refund request were exclusively for the Taxpayer's customer access to the internet, a refund is appropriate.

---

[1] XO Communications, a telephone company, acquired 100% of Concentric Inc., an Internet Service Provider (ISP), in the year 2000.

[2] This amount is presently an estimate. The Taxpayer's representative is compiling the schedule with the exact amount of the refund. This process may tack 6 to 8 weeks. **The taxpayer is filing this request for refund based on their initial review of the record to toll the statute of limitations on the refund request**.

[3] The Taxpayer's representative will submit the schedule to the IRS, once complete. See previous footnote.

## CONCLUSION

For all the aforementioned reasons, XO Communications respectfully requests a refund in the amount of $4,000,000 under Internal Revenue Code §6415[4], which represents Federal Communication Tax erroneously paid.

[4] We recognize that IRC Section 6415 also provides for a direct refund by the vendor and then permits the vendor to request a credit or refund of applicable taxes, however, due to the administrative burden involved in making individual request to multiple providers, we are instead requesting a direct refund from the IRS.

Focused Business Solutions, LLC

1110 North Mountain Rd., Harrisburg, PA 17112 • (717) 541-1280 • (717) 541-5434 Fax

November 9, 2005

Dave Friedman
31 Hopkins Plaza
Excise Tax Group, Room 1000
Baltimore, MD 21201

**Re: XO Communications, Inc.**

Dear Mr. Friedman,

As previously discussed, attached please find a schedule for XO Communication's complete 2001 Federal Excise Tax refund claim. Please be advised that we will be filing such at the US Court of Federal Claims in order to catch it up with our other XO Federal Claims cases.

If you have any questions, please contact the undersigned.

Sincerely,

Anthony C. Gulotta

EXHIBIT
C

XO Concentric
2001 FET

| Ref # | Vendor | Invoice # | Invoice Date | Invoice Amount | FET amount | Description | Comments |
|---|---|---|---|---|---|---|---|
| 1 | Ameritech | 219679016703 | 3/1/2001 | $3,234.82 | $89.86 | Dial Access - Local Service Charges | * Ameritech invoices say "Federal at 3%" |
| 2 | Ameritech | 219R100368903 | 3/1/2001 | $18,304.47 | $401.93 | Dial Access - Local Service Charges | |
| 3 | Ameritech | 219R13293703 | 3/1/2001 | $10,485.42 | $234.46 | Dial Access - Local Service Charges | |
| 4 | Ameritech | 414R71019103 | 3/1/2001 | $15,318.57 | $241.18 | Dial Access - Local Service Charges | |
| 5 | Ameritech | 517R01128903 | 3/1/2001 | $7,652.95 | $121.01 | Dial Access - Local Service Charges | |
| 6 | Ameritech | 616R01359303 | 3/1/2001 | $4,773.44 | $90.74 | Dial Access - Local Service Charges | |
| 7 | Ameritech | 616R02101003 | 3/1/2001 | $7,787.54 | $140.66 | Dial Access - Local Service Charges | |
| 8 | Ameritech | 219939800101 | 1/25/2001 | $5,647.00 | $151.78 | Dial Access - Local Service Charges | |
| 9 | Ameritech | 616776111802 | 2/7/2001 | $2,143.58 | $51.91 | Dial Access - Local Service Charges | |
| 10 | Ameritech | 517332484401 | 1/25/2001 | $1,493.25 | $39.18 | Dial Access - Local Service Charges | |
| 11 | Ameritech | 616ro1359302 | 2/1/2001 | $4,774.22 | $90.76 | Dial Access - Local Service Charges | |
| 12 | Ameritech | 219679016702 | 2/1/2001 | $3,234.82 | $89.86 | Dial Access - Local Service Charges | |
| 13 | Ameritech | 414R71019102 | 2/1/2001 | $15,324.21 | $241.34 | Dial Access - Local Service Charges | |
| 14 | Ameritech | 330270016501 | 1/22/2001 | $2,153.40 | $23.40 | Dial Access - Local Service Charges | |
| 15 | Ameritech | 616R02101002 | 2/1/2001 | $7,789.65 | $140.72 | Dial Access - Local Service Charges | |
| 16 | Ameritech | 517R01128902 | 2/1/2001 | $7,654.79 | $121.06 | Dial Access - Local Service Charges | |
| 17 | Ameritech | 219R13293702 | 2/1/2001 | $10,490.64 | $234.60 | Dial Access - Local Service Charges | |
| 18 | Ameritech | 219R10368902 | 2/1/2001 | $18,313.35 | $402.18 | Dial Access - Local Service Charges | |

XO Concentric
2001 FET

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Ameritech | 614R94316001 | 1/22/2001 | $8,935.85 | $104.18 | Dial Access - Local Service Charges |
| 20 | Ameritech | 517837310103 | 3/10/2001 | $1,602.75 | $42.75 | Dial Access - Local Service Charges |
| 21 | Ameritech | 937R12003903 | 3/10/2001 | $7,176.08 | $209.01 | Dial Access - Local Service Charges |
| 22 | Ameritech | 616776111803 | 3/7/2001 | $2,142.40 | $51.88 | Dial Access - Local Service Charges |
| 23 | Ameritech | 847Z99425303 | 3/16/2001 | $4,416.62 | $38.24 | Dial Access - Local Service Charges |
| 24 | Ameritech | 614885656903 | 3/19/2001 | $4,528.08 | $44.01 | Dial Access - Local Service Charges |
| 25 | Ameritech | 513R94117203 | 3/22/2001 | $5,404.08 | $32.00 | Dial Access - Local Service Charges |
| 26 | Ameritech | 330R93215503 | 3/25/2001 | $5,497.21 | $57.87 | Dial Access - Local Service Charges |
| 27 | Ameritech | 219939800103 | 3/25/2001 | $5,647.00 | $156.86 | Dial Access - Local Service Charges |
| 28 | Ameritech | 216R93106903 | 3/25/2001 | $17,074.42 | $107.66 | Dial Access - Local Service Charges |
| 29 | Ameritech | 614R94316003 | 3/22/2001 | $8,942.85 | $104.38 | Dial Access - Local Service Charges |
| 30 | Ameritech | 21979016701 | 1/1/2001 | $3,234.82 | $89.86 | Dial Access - Local Service Charges |
| 31 | Ameritech | 219R13293701 | 1/1/2001 | $10,480.02 | $234.31 | Dial Access - Local Service Charges |
| 32 | Ameritech | 219R10368901 | 1/1/2001 | $18,295.29 | $401.67 | Dial Access - Local Service Charges |
| 33 | Ameritech | 309Z99068301 | 1/16/2001 | $4,670.71 | $35.89 | Dial Access - Local Service Charges |
| 34 | Ameritech | 309Z99069601 | 1/16/2001 | $6,401.27 | $71.85 | Dial Access - Local Service Charges |
| 35 | Ameritech | 217Z99155601 | 1/16/2001 | $3,211.74 | $24.99 | Dial Access - Local Service Charges |
| 36 | Ameritech | 517R01103801 | 1/1/2001 | $4,752.67 | $58.95 | Dial Access - Local Service Charges |
| 37 | Ameritech | 216R93106901 | 1/25/2001 | $17,062.89 | $107.33 | Dial Access - Local Service Charges |

XO Concentric
2001 FET

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | Ameritech | 330R9325501 | 1/25/2001 | $5,493.09 | $57.75 | Dial Access - Local Service Charges |
| 41 | Ameritech | 517249622002 | 2/13/2001 | $1,016.75 | $27.98 | Dial Access - Local Service Charges |
| 42 | Ameritech | 217Z99155603 | 3/16/2001 | $3,212.30 | $25.00 | Dial Access - Local Service Charges |
| 43 | Ameritech | 309Z99068303 | 3/16/2001 | $4,672.48 | $38.22 | Dial Access - Local Service Charges |
| 44 | Ameritech | 309Z99069603 | 3/16/2001 | $6,403.63 | $71.91 | Dial Access - Local Service Charges |
| 45 | Ameritech | 937R12003902 | 2/10/2001 | $7,183.38 | $209.22 | Dial Access - Local Service Charges |
| 46 | Ameritech | 517837310102 | 2/10/2001 | $1,642.11 | $42.75 | Dial Access - Local Service Charges |
| 47 | Ameritech | 517332484403 | 3/25/2001 | $1,493.25 | $39.18 | Dial Access - Local Service Charges |
| 48 | Ameritech | 219679016704 | 4/1/2001 | $3,234.82 | $89.86 | Dial Access - Local Service Charges |
| 49 | Ameritech | 219R10368904 | 4/1/2001 | $18,304.47 | $401.93 | Dial Access - Local Service Charges |
| 50 | Ameritech | 219R13293704 | 4/1/2001 | $10,485.42 | $234.46 | Dial Access - Local Service Charges |
| 51 | Ameritech | 414R71019104 | 4/1/2001 | $15,318.57 | $241.18 | Dial Access - Local Service Charges |
| 52 | Ameritech | 517R01128904 | 4/1/2001 | $7,652.95 | $121.01 | Dial Access - Local Service Charges |
| 53 | Ameritech | 517R01103802 | 2/1/2001 | $4,752.67 | $58.95 | Dial Access - Local Service Charges |
| 54 | Ameritech | 517R01103803 | 3/1/2001 | $4,752.67 | $58.95 | Dial Access - Local Service Charges |
| 55 | Ameritech | 616226990002 | 2/25/2001 | $1,069.95 | $29.45 | Dial Access - Local Service Charges |
| 56 | Ameritech | 616226990001 | 1/25/2001 | $1,069.95 | $29.45 | Dial Access - Local Service Charges |
| 57 | Ameritech | 616226990003 | 3/25/2001 | $1,069.95 | $29.45 | Dial Access - Local Service Charges |
| 58 | Ameritech | 847Z99425301 | 1/16/2001 | $4,415.45 | $38.21 | Dial Access - Local Service Charges |

XO Concentric
2001 FET

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | Ameritech | 216524149801 | 1/10/2001 | $11,161.66 | $246.46 | Dial Access - Local Service Charges |
| 60 | Ameritech | 517837310101 | 1/10/2001 | $1,602.67 | $42.75 | Dial Access - Local Service Charges |
| 62 | Ameritech | 616776111801 | 1/7/2001 | $2,142.22 | $51.87 | Dial Access - Local Service Charges |
| 63 | Ameritech | 937R12003901 | 1/10/2001 | $7,170.31 | $208.84 | Dial Access - Local Service Charges |
| 67 | Ameritech | 309Z99068302 | 2/16/2001 | $4,675.05 | $28.28 | Dial Access - Local Service Charges |
| 68 | Ameritech | 309Z99069602 | 2/16/2001 | $6,407.06 | $72.00 | Dial Access - Local Service Charges |
| 69 | Ameritech | 513R94117202 | 2/22/2001 | $5,409.57 | $32.96 | Dial Access - Local Service Charges |
| 70 | Ameritech | 614885656902 | 2/19/2001 | $4,528.73 | $44.03 | Dial Access - Local Service Charges |
| 71 | Ameritech | 614R94316002 | 2/22/2001 | $8,954.52 | $104.72 | Dial Access - Local Service Charges |
| 72 | Ameritech | 216R96106902 | 2/25/2001 | $17,094.81 | $108.26 | Dial Access - Local Service Charges |
| 73 | Ameritech | 219939800102 | 2/25/2001 | $5,647.00 | $156.86 | Dial Access - Local Service Charges |
| 74 | Ameritech | 330R93215502 | 2/25/2001 | $5,504.50 | $58.09 | Dial Access - Local Service Charges |
| 75 | Ameritech | 517332484402 | 2/25/2001 | $1,493.25 | $39.18 | Dial Access - Local Service Charges |
| 76 | Ameritech | 847Z99425302 | 2/16/2001 | $4,418.36 | $38.28 | Dial Access - Local Service Charges |
| 77 | Ameritech | 616R02101001 | 1/1/2001 | $7,785.36 | $140.60 | Dial Access - Local Service Charges |
| 80 | Ameritech | 517R01128901 | 1/1/2001 | $7,651.04 | $547.19 | Dial Access - Local Service Charges |
| 81 | Ameritech | 608Z05835301 | 1/1/2001 | $3,211.52 | $62.74 | Dial Access - Local Service Charges |
| 82 | Ameritech | 414R71019101 | 1/1/2001 | $15,312.74 | $241.02 | Dial Access - Local Service Charges |
| 83 | Ameritech | 616R01359301 | 1/1/2001 | $4,772.62 | $90.72 | Dial Access - Local Service Charges |

XO Concentric
2001 FET

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 84 | Ameritech | 815Z99227601 | 1/16/2001 | $3,703.74 | $57.09 | Dial Access - Local Service Charges | |
| 85 | Ameritech | 513R94117201 | 1/22/2001 | $5,400.78 | $32.70 | Dial Access - Local Service Charges | |
| 86 | Ameritech | 614885656901 | 1/19/2001 | $4,527.67 | $44.00 | Dial Access - Local Service Charges | |
| | | | | | | | * Southwestern Bell invoices say "Total Federal Tax", and it is about 3% |
| 87 | Southwestern Bell | | 3/21/2001 | $11,319.12 | $307.65 | Dial Access | |
| 88 | Southwestern Bell | | 4/1/2001 | $12,854.72 | $341.16 | Dial Access | |
| 89 | Southwestern Bell | | 3/25/2001 | $15,184.38 | $417.30 | Dial Access | |
| 90 | Southwestern Bell | | 3/29/2001 | $1,219.92 | $33.12 | Dial Access | |
| 91 | Southwestern Bell | | 3/19/2001 | $1,514.21 | $41.41 | Dial Access | |
| 92 | Southwestern Bell | | 3/19/2001 | $11,505.59 | $303.69 | Dial Access | |
| 93 | Southwestern Bell | | 3/1/2001 | $18,975.20 | $376.21 | Dial Access | |
| 94 | Southwestern Bell | | 3/13/2001 | $5,499.32 | $147.81 | Dial Access | |
| 95 | Southwestern Bell | | 3/13/2001 | $2,282.84 | $62.31 | Dial Access | |
| 96 | Southwestern Bell | | 3/11/2001 | $1,709.38 | $46.67 | Dial Access | |
| 97 | Southwestern Bell | | 3/9/2001 | $28,807.07 | $765.68 | Dial Access | |
| 98 | Southwestern Bell | | 2/28/2001 | $1,273.00 | $34.58 | Dial Access | |
| 99 | Southwestern Bell | | 2/25/2001 | $14,896.74 | $409.43 | Dial Access | |
| 100 | Southwestern Bell | | 2/19/2001 | $1,531.07 | $41.90 | Dial Access | |
| 101 | Southwestern Bell | | 2/19/2001 | $11,525.66 | $304.24 | Dial Access | |
| 102 | Southwestern Bell | | 2/19/2001 | $26,079.82 | $700.07 | Dial Access | |
| 103 | Southwestern Bell | | 2/19/2001 | $41,108.01 | $1,106.61 | Dial Access | |
| 104 | Southwestern Bell | | 2/21/2001 | $11,968.32 | $325.29 | Dial Access | |
| 105 | Southwestern Bell | | 3/3/2001 | $24,722.20 | $672.01 | Dial Access | |
| 106 | Southwestern Bell | | 3/9/2001 | $4,255.52 | $58.55 | Dial Access | |
| 107 | Southwestern Bell | | 3/9/2001 | $2,147.76 | $58.60 | Dial Access | |
| 108 | Southwestern Bell | | 1/13/2001 | $2,282.23 | $62.29 | Dial Access | |
| 109 | Southwestern Bell | | 1/11/2001 | $1,680.65 | $45.88 | Dial Access | |
| 110 | Southwestern Bell | | 1/9/2001 | $2,111.41 | $57.60 | Dial Access | |
| 111 | Southwestern Bell | | 1/9/2001 | $2,109.60 | $57.55 | Dial Access | |
| 112 | Southwestern Bell | | 1/3/2001 | $10,826.11 | $296.86 | Dial Access | |
| 114 | Southwestern Bell | | 1/13/2001 | $5,499.61 | $147.83 | Dial Access | |
| 115 | Southwestern Bell | | 2/13/2001 | $5,497.57 | $147.77 | Dial Access | |
| 116 | Southwestern Bell | | 2/13/2001 | $2,282.84 | $62.31 | Dial Access | |

XO Concentric
2001 FET

| | | | | | | |
|---|---|---|---|---|---|---|
| 117 | Southwestern Bell | | 2/11/2001 | $1,709.38 | $46.67 | Dial Access |
| 118 | Southwestern Bell | | 2/9/2001 | $2,145.92 | $58.55 | Dial Access |
| 119 | Southwestern Bell | | 2/9/2001 | $2,147.76 | $58.60 | Dial Access |
| 120 | Southwestern Bell | | 2/9/2001 | $28,807.07 | $765.68 | Dial Access |
| 121 | Southwestern Bell | | 1/29/2001 | $1,511.40 | $41.20 | Dial Access |
| 122 | Southwestern Bell | | 2/1/2001 | $7,216.75 | $189.17 | Dial Access |
| 123 | Southwestern Bell | | 2/3/2001 | $24,722.20 | $672.01 | Dial Access |
| 124 | Southwestern Bell | | 1/19/2001 | $1,514.65 | $41.42 | Dial Access |
| 125 | Southwestern Bell | | 1/19/2001 | $41,110.07 | $1,106.66 | Dial Access |
| 126 | Southwestern Bell | | 1/19/2001 | $11,529.20 | $304.33 | Dial Access |
| 127 | Southwestern Bell | | 1/21/2001 | $11,970.29 | $325.35 | Dial Access |
| 129 | Southwestern Bell | | 1/19/2001 | $26,113.18 | $700.98 | Dial Access |
| 137 | Southwestern Bell | | 1/5/2001 | $23,386.82 | $635.68 | Dial Access |
| 138 | Southwestern Bell | | 1/9/2001 | $27,240.38 | $723.43 | Dial Access |
| 139 | Southwestern Bell | | 1/1/2001 | $6,817.27 | $178.39 | Dial Access |
| 140 | Southwestern Bell | | 3/19/2001 | $41,108.58 | $1,107.21 | Dial Access |
| 141 | Southwestern Bell | | 3/19/2001 | $26,079.85 | $700.64 | Dial Access |
| 142 | Qwest | | 1/20/2001 | $39,470.22 | $981.98 | Dial Access |
| 143 | Qwest | | 1/22/2001 | $17,574.76 | $497.09 | Dial Access |
| 145 | Qwest | | 1/17/2001 | $13,578.57 | $377.32 | Dial Access |
| 146 | Qwest | | 2/20/2001 | $39,470.66 | $981.99 | Dial Access |
| 147 | Qwest | | 2/17/2001 | $13,988.99 | $389.64 | Dial Access |
| 148 | Qwest | | 2/22/2001 | $17,829.89 | $497.09 | Dial Access |
| 149 | MCI WorldCom | 13615021 | 2/26/2001 | $4,607.38 | $133.27 | Dial Access |
| 150 | MCI WorldCom | 13815121 | 2/26/2001 | $7,385.58 | $181.05 | Dial Access |
| 151 | MCI WorldCom | 13925321 | 2/26/2001 | $11,185.94 | $295.05 | Dial Access |
| 152 | MCI WorldCom | 12866831 | 3/3/2001 | $8,124.56 | $226.21 | Dial Access |
| 153 | MCI WorldCom | 3636503 | 3/8/2001 | $12,842.10 | $339.70 | Dial Access |
| 154 | MCI WorldCom | 4247603 | 3/8/2001 | $10,023.67 | $262.42 | Dial Access |
| 155 | MCI WorldCom | 4248503 | 3/8/2001 | $33,097.49 | $849.37 | Dial Access |
| 156 | MCI WorldCom | 4248603 | 3/8/2001 | $27,023.04 | $750.48 | Dial Access |
| 157 | MCI WorldCom | 4248703 | 3/8/2001 | $63,113.29 | $1,672.07 | Dial Access |
| 158 | MCI WorldCom | 4335103 | 3/8/2001 | $28,756.68 | $748.43 | Dial Access |
| 159 | MCI WorldCom | 4489703 | 3/8/2001 | $8,284.31 | $223.30 | Dial Access |
| 160 | MCI WorldCom | 4597003 | 3/8/2001 | $48,358.87 | $1,085.90 | Dial Access |
| 161 | MCI WorldCom | 4615103 | 3/8/2001 | $2,806.58 | $81.59 | Dial Access |
| 162 | MCI WorldCom | 4636703 | 3/8/2001 | $4,657.78 | $128.62 | Dial Access |
| 163 | MCI WorldCom | 12442815 | 3/17/2001 | $4,110.01 | $101.31 | Dial Access |

XO Concentric
2001 FET

| | | | | | | |
|---|---|---|---|---|---|---|
| 165 | MCI WorldCom | 915008467527 | 3/4/2001 | $1,031.61 | $26.04 | Dial Access |
| 166 | MCI WorldCom | 915002388230 | 3/2/2001 | $7,267.31 | $182.92 | Dial Access |
| 167 | MCI WorldCom | 915008467527 | 2/1/2001 | $1,031.61 | $26.04 | Dial Access |
| 168 | MCI WorldCom | 915005118805 | 3/8/2001 | $8,643.81 | $248.96 | Dial Access |
| 169 | MCI WorldCom | 4870503 | 3/8/2001 | $2,688.83 | $74.02 | Dial Access |
| 170 | MCI WorldCom | 5311803 | 3/8/2001 | $11,732.84 | $315.24 | Dial Access |
| 171 | MCI WorldCom | 6000046103 | 3/8/2001 | $1,294.19 | $37.42 | Dial Access |
| 172 | MCI WorldCom | 600069703 | 3/8/2001 | $3,417.27 | $98.84 | Dial Access |
| 173 | MCI WorldCom | 6000072303 | 3/8/2001 | $1,065.36 | $28.80 | Dial Access |
| 174 | MCI WorldCom | 6000081603 | 3/8/2001 | $2,914.38 | $78.81 | Dial Access |
| 175 | MCI WorldCom | 60000116803 | 3/8/2001 | $8,111.83 | $218.44 | Dial Access |
| 176 | MCI WorldCom | 6000118203 | 3/8/2001 | $2,354.89 | $65.41 | Dial Access |
| 177 | MCI WorldCom | 6000118503 | 3/8/2001 | $4,006.52 | $108.51 | Dial Access |
| 178 | MCI WorldCom | 6000120503 | 3/8/2001 | $14,579.00 | $383.88 | Dial Access |
| 179 | MCI WorldCom | 6000149303 | 3/8/2001 | $1,404.56 | $39.00 | Dial Access |
| 180 | MCI WorldCom | 13615021 | 3/24/2001 | $47,607.37 | $133.27 | Dial Access |
| 181 | MCI WorldCom | 13815121 | 3/24/2001 | $7,277.98 | $181.05 | Dial Access |
| 182 | MCI WorldCom | 13925321 | 3/24/2001 | $11,022.32 | $296.05 | Dial Access |
| 183 | MCI WorldCom | 915006834127 | 2/1/2001 | $1,182.30 | $12.40 | Dial Access |
| 184 | MCI WorldCom | 915008467527 | 3/30/2001 | $1,031.61 | $26.04 | Dial Access |
| 188 | MCI WorldCom | 915006834127 | 3/4/2001 | $639.99 | $12.56 | Dial Access |
| 189 | MCI WorldCom | 915002388230 | 4/1/2001 | $7,253.73 | $182.92 | Dial Access |
| 190 | MCI WorldCom | 915006834127 | 3/30/2001 | $1,182.83 | $12.41 | Dial Access |
| 191 | MCI WorldCom | 12866831 | 4/2/2001 | $8,124.56 | $226.21 | Dial Access |
| 192 | MCI WorldCom | 4636703 | 1/11/2001 | $4,657.39 | $128.61 | Dial Access |
| 193 | MCI WorldCom | 5311803 | 1/11/2001 | $12,312.17 | $330.82 | Dial Access |
| 194 | MCI WorldCom | 60000B1603 | 1/11/2001 | $2,914.38 | $78.61 | Dial Access |
| 195 | MCI WorldCom | 6000118503 | 1/11/2001 | $4,006.33 | $108.51 | Dial Access |
| 196 | MCI WorldCom | 3636503 | 1/11/2001 | $12,842.05 | $339.70 | Dial Access |
| 197 | MCI WorldCom | 6000046103 | 1/11/2001 | $1,294.08 | $37.42 | Dial Access |
| 198 | MCI WorldCom | 6000069703 | 1/11/2001 | $3,417.27 | $98.84 | Dial Access |
| 199 | MCI WorldCom | 13615021 | 1/24/2001 | $4,607.34 | $31.93 | Dial Access |
| 202 | MCI WorldCom | 4615103 | 1/11/2001 | $2,806.36 | $81.58 | Dial Access |
| 203 | MCI WorldCom | 4597003 | 1/11/2001 | $48,296.58 | $1,085.89 | Dial Access |
| 204 | MCI WorldCom | 4489703 | 1/11/2001 | $8,298.68 | $223.72 | Dial Access |
| 205 | MCI WorldCom | 4248603 | 1/11/2001 | $27,022.08 | $750.46 | Dial Access |
| 206 | MCI WorldCom | 4248503 | 1/11/2001 | $33,093.47 | $849.25 | Dial Access |
| 207 | MCI WorldCom | 4247603 | 1/11/2001 | $10,022.14 | $262.38 | Dial Access |

XO Concentric
2001 FET

| | | | | | | |
|---|---|---|---|---|---|---|
| 208 | MCI WorldCom | 12866831 | 2/3/2001 | $8,124.56 | $226.21 | Dial Access |
| 209 | MCI WorldCom | 915002388230 | 2/3/2001 | $7,231.16 | $182.92 | Dial Access |
| 210 | MCI WorldCom | 3636503 | 2/8/2001 | $12,842.10 | $339.70 | Dial Access |
| 211 | MCI WorldCom | 4335103 | 2/8/2001 | $28,756.69 | $748.43 | Dial Access |
| 212 | MCI WorldCom | 4636703 | 2/8/2001 | $4,657.78 | $128.62 | Dial Access |
| 213 | MCI WorldCom | 5311803 | 2/8/2001 | $11,790.87 | $316.80 | Dial Access |
| 214 | MCI WorldCom | 6000046103 | 2/8/2001 | $1,294.19 | $37.42 | Dial Access |
| 215 | MCI WorldCom | 6000069703 | 2/8/2001 | $3,417.27 | $98.84 | Dial Access |
| 216 | MCI WorldCom | 6000081603 | 2/8/2001 | $2,914.38 | $78.61 | Dial Access |
| 217 | MCI WorldCom | 4247603 | 2/8/2001 | $10,023.67 | $262.42 | Dial Access |
| 218 | MCI WorldCom | 4248503 | 2/8/2001 | $33,097.49 | $849.37 | Dial Access |
| 219 | MCI WorldCom | 4248603 | 2/8/2001 | $27,023.04 | $750.48 | Dial Access |
| 220 | MCI WorldCom | 4248703 | 2/8/2001 | $63,312.55 | $1,677.87 | Dial Access |
| 221 | MCI WorldCom | 44897 | 2/8/2001 | $8,284.31 | $223.30 | Dial Access |
| 222 | MCI WorldCom | 4597003 | 2/8/2001 | $48,358.87 | $1,085.90 | Dial Access |
| 223 | MCI WorldCom | 4615103 | 2/8/2001 | $2,806.58 | $81.59 | Dial Access |
| 224 | MCI WorldCom | 4870503 | 2/8/2001 | $2,688.83 | $74.02 | Dial Access |
| 225 | MCI WorldCom | 6000072303 | 2/8/2001 | $1,065.36 | $28.80 | Dial Access |
| 226 | MCI WorldCom | 6000116803 | 2/8/2001 | $8,111.83 | $218.44 | Dial Access |
| 227 | MCI WorldCom | 6000118203 | 2/8/2001 | $2,354.89 | $65.41 | Dial Access |
| 228 | MCI WorldCom | 6000118503 | 2/8/2001 | $4,006.52 | $108.51 | Dial Access |
| 229 | MCI WorldCom | 6000120503 | 2/8/2001 | $14,579.00 | $383.88 | Dial Access |
| 230 | MCI WorldCom | 6000149303 | 2/8/2001 | $1,404.56 | $39.00 | Dial Access |
| 231 | MCI WorldCom | 915005224903 | 2/8/2001 | $16,324.26 | $453.19 | Dial Access |
| 233 | MCI WorldCom | 13925321 | 1/24/2001 | $11,021.27 | $296.05 | Dial Access |
| 234 | MCI WorldCom | 13815121 | 1/24/2001 | $7,276.43 | $181.05 | Dial Access |
| 235 | MCI WorldCom | 6000072303 | 1/11/2001 | $1,065.36 | $28.80 | Dial Access |
| 236 | MCI WorldCom | 6000116803 | 1/11/2001 | $8,111.56 | $218.43 | Dial Access |
| 237 | MCI WorldCom | 6000118203 | 1/11/2001 | $2,354.74 | $65.40 | Dial Access |
| 238 | MCI WorldCom | 6000118503 | 1/11/2001 | $4,006.33 | $108.51 | Dial Access |
| 239 | MCI WorldCom | 6000120503 | 1/11/2001 | $14,577.95 | $383.84 | Dial Access |
| 240 | MCI WorldCom | 6000149303 | 1/11/2001 | $1,404.56 | $39.00 | Dial Access |
| 241 | MCI WorldCom | 915005224903 | 1/11/2001 | $16,323.72 | $453.18 | Dial Access |
| 242 | MCI WorldCom | 4870503 | 1/11/2001 | $2,688.72 | $74.02 | Dial Access |
| 243 | MCI WorldCom | 4386403 | 1/11/2001 | $11,707.98 | $316.37 | Dial Access |
| 244 | MCI WorldCom | 4248703 | 1/11/2001 | $63,547.38 | $1,684.67 | Dial Access |

XO Concentric
2001 FET

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 245 | MCI Worldcom | 23857 | 3/9/2001 | $1,550,526.33 | $34,165.44 | Dial Access, DAF/ IXC/ local loop, ATM Access | tax is "Federal Tax" column added throughout whole document - amounts added are circled |
| 246 | MCI Worldcom | 21633 | 1/10/2001 | $1,315,890.56 | $30,277.84 | Dial Access, DAF/ IXC/ local loop, ATM Access | tax is "Federal Tax" column added throughout whole document - amounts added are circled |
| 247 | MCI Worldcom | 22726 | 2/10/2001 | $1,641,331.71 | $39,211.57 | Dial Access, DAF/ IXC/ local loop, ATM Access | tax is "Federal Tax" column added throughout whole document - amounts added are circled |
| 248 | MCI Worldcom | 25084 | 4/1/2001 | $1,519,503.50 | $38,293.18 | Dial Access, DAF/ IXC/ local loop, ATM Access | tax is "Federal Tax" column added throughout whole document - amounts added are circled |
| 250 | Qwest | | 3/10/2001 | $30,282.62 | $753.40 | Dial Access | *tax amount estimated based on percentage of other Quest invoices |
| 251 | Qwest | | 3/10/2001 | $8,258.52 | $205.46 | Dial Access | *tax amount estimated based on percentage of other Quest invoices |
| 252 | Qwest | | 3/17/2001 | $13,790.91 | $343.10 | Dial Access | *tax amount estimated based on percentage of other Quest invoices |
| 253 | Qwest | | 3/3/2001 | $21,754.27 | $541.22 | Frame Port/ PVC | *tax amount estimated based on percentage of other Quest invoices |

XO Concentric
2001 FET

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 254 | Qwest | 2/3/2001 | $31,323.17 | $779.29 | Frame Port/ PVC | *tax amount estimated based on percentage of other Quest invoices |
| 255 | Qwest | 3/25/2001 | $61,128.49 | $1,520.82 | Dial Access | *tax amount estimated based on percentage of other Quest invoices |
| 256 | Qwest | 3/16/2001 | $15,768.33 | $392.30 | Dial Access | *tax amount estimated based on percentage of other Quest invoices |
| 257 | Qwest | 3/22/2001 | $17,320.56 | $497.48 | Dial Access | |
| 258 | Qwest | 4/1/2001 | $1,535.91 | $38.21 | Dial Access | *tax amount estimated based on percentage of other Quest invoices |
| 259 | Qwest | 4/1/2001 | $20,676.88 | $514.42 | Dial Access | *tax amount estimated based on percentage of other Quest invoices |
| 260 | Qwest | 4/1/2001 | $5,829.39 | $145.03 | Dial Access | *tax amount estimated based on percentage of other Quest invoices |
| 261 | Qwest | 4/1/2001 | $20,366.43 | $506.70 | Dial Access | *tax amount estimated based on percentage of other Quest invoices |
| 262 | Qwest | 3/20/2001 | $39,484.94 | $982.35 | Dial Access | *tax amount estimated based on percentage of other Quest invoices |
| 1A | Southwestern Bell | 3/29/2001 | $1,219.92 | $33.12 | Dial Access/Diagnostic Support | |
| 2A | Southwestern Bell | 3/25/2001 | $15,184.38 | $417.30 | Dial Access | |
| 3A | Southwestern Bell | 4/5/2001 | $651.51 | $16.87 | Dial Access | |
| 4A | Southwestern Bell | 4/1/2001 | $31,829.92 | $341.16 | Dial Access | |

XO Concentric
2001 FET

| | | | | | |
|---|---|---|---|---|---|
| 5A | Southwestern Bell | 3/28/2001 | $11,319.12 | $307.65 | Dial Access |
| 6A | Qwest | 3/25/2001 | $61,128.49 | $1,654.18 | Dial Access |
| 7A | Qwest | 3/20/2001 | $39,484.94 | $982.23 | Dial Access |
| 8A | Qwest | 3/22/2001 | $18,038.47 | $497.48 | Dial Access |
| 10A | Qwest | 4/1/2001 | $20,467.47 | $2,422.56 | Dial Access |
| 11A | Qwest | 4/1/2001 | $2,359.31 | $226.31 | BB ATM Access |
| 12A | Qwest | 4/1/2001 | $5,829.39 | $155.07 | Dial Access |
| 13A | Qwest | 4/1/2001 | $20,673.00 | $534.32 | Dial Access |
| 14A | Qwest | 4/1/2001 | $1,529.70 | $39.78 | Dial Access |
| 15A | Bell South | 3/22/2001 | $114.17 | $7.94 | Dial Access |
| 16A | Bell South | 4/2/2001 | $5,474.07 | $147.48 | Dial Access |
| 17A | Bell South | 3/29/2001 | $126.07 | $3.51 | Dial Access |
| 18A | Bell South | 4/1/2001 | $670.24 | $18.07 | DAF local loop |
| 19A | Bell South | 4/1/2001 | $396.64 | $5.40 | DAF frame UNI |
| 20A | Bell South | 4/1/2001 | $554.39 | $15.39 | DAF frame UNI |
| 21A | Bell South | 4/1/2001 | $259.45 | $7.20 | DAF frame UNI |
| 22A | Bell South | 4/1/2001 | $657.77 | $18.07 | DAF frame UNI |
| 23A | Bell South | 4/1/2001 | $2,800.74 | $19.55 | DAF local loop |
| 24A | Bell South | 3/4/2001 | $22,964.87 | $263.84 | Dial Access |
| 25A | Bell South | 3/1/2001 | $9,677.89 | $259.57 | Dial Access |
| 26A | Bell South | 3/26/2001 | $2,712.58 | $72.02 | Dial Access |
| 27A | Bell South | 3/25/2001 | $254.25 | $3.10 | Dial Access Diagnostic/Support |
| 28A | Bell South | 3/23/2001 | $378.10 | $11.34 | Dial Access |
| 29A | Bell South | 3/22/2001 | $163.77 | $4.90 | DAF frame UNI |
| 30A | Bell South | 3/22/2001 | $111.29 | $2.84 | Dial Access |
| 31A | Bell South | 2/1/2001 | $3,839.93 | $19.55 | DAF local loop |
| 32A | Bell South | 3/1/2001 | $2,062.15 | $19.55 | DAF local loop |
| 33A | Bell South | 3/22/2001 | $3,826.00 | $144.70 | Dial Access |
| 34A | MCI Worldcom | 3/24/2001 | $18,423.35 | $133.27 | Dial Access |
| 35A | MCI Worldcom | 3/24/2001 | $34,525.06 | $181.05 | Dial Access |
| 36A | MCI Worldcom | 3/24/2001 | $22,157.33 | $296.05 | Dial Access |
| 37A | MCI Worldcom | 2/1/2001 | $14,418.84 | $12.40 | Internet Other |
| 38A | MCI Worldcom | 3/3/2001 | $3,515.83 | $26.04 | Internet Other |
| 39A | MCI Worldcom | 11/29/2000 | $12,159.96 | $14.16 | Internet Other |
| 40A | MCI Worldcom | 10/30/2000 | $14,011.40 | $13.32 | Internet Other |
| 41A | MCI Worldcom | 12/31/2000 | $13,236.54 | $14.19 | Internet Other |
| 42A | MCI Worldcom | 3/4/2001 | $15,058.83 | $12.56 | Dial Access/ Internet Other |

XO Concentric
2001 FET

| | | | | | |
|---|---|---|---|---|---|
| 43A | MCI Worldcom | 4/1/2001 | $51,301.64 | $182.92 | Dial Access |
| 44A | MCI Worldcom | 3/20/2001 | $489,824.06 | $3,573.24 | BB ATM Access/ Internet/ DAF |
| 45A | MCI Worldcom | 3/30/2001 | $16,241.66 | $12.41 | Internet Other |
| 46A | MCI Worldcom | 4/2/2001 | $16,249.12 | $226.21 | Dial Access |
| 47A | MCI Worldcom | 3/20/2001 | $243,504.81 | $168.30 | BB ATM Access/ COLO Pops |
| 48A | Ameritech | 3/25/2001 | $343.94 | $6.02 | Dial Access |
| 49A | Ameritech | 3/25/2001 | $3,123.32 | $39.18 | Dial Access |
| 50A | Ameritech | 3/25/2001 | $741.83 | $20.61 | Dial Access |
| 51A | Ameritech | 3/25/2001 | $3,980.03 | $59.52 | Dial local loop |
| 52A | Ameritech | 3/28/2001 | $461.20 | $12.21 | Dial Access |
| 53A | Ameritech | 3/28/2001 | $1,702.84 | $6.87 | Dial Access |
| 54A | Ameritech | 4/1/2001 | $110.22 | $3.03 | Dial Access |
| 55A | Ameritech | 4/1/2001 | $3,234.82 | $89.86 | Dial Access |
| 56A | Ameritech | 4/1/2001 | $18,304.47 | $401.93 | Dial Access |
| 57A | Ameritech | 4/1/2001 | $10,485.42 | $234.46 | Dial Access |
| 58A | Ameritech | 4/1/2001 | $15,318.57 | $241.18 | Dial Access |
| 59A | Ameritech | 4/1/2001 | $7,652.95 | $121.01 | Dial Access |
| 60A | Ameritech | 4/1/2001 | $1,844.39 | $0.00 | Internet Ameritech |
| 61A | Ameritech | 4/1/2001 | $8,266.42 | $199.99 | Internet Ameritech |
| 62A | Ameritech | 2/1/2001 | $4,752.67 | $58.95 | Dial Access |
| 63A | Ameritech | 3/1/2001 | $4,752.67 | $58.95 | Dial Access |
| 64A | Ameritech | 2/22/2001 | $2,153.40 | $23.40 | Dial Access |
| 65A | Ameritech | 3/22/2001 | $2,153.40 | $23.40 | Dial Access |
| 66A | Ameritech | 2/25/2001 | $1,069.95 | $29.45 | Dial Access |
| 67A | Ameritech | 1/25/2001 | $1,069.95 | $29.45 | Dial Access |
| 68A | Ameritech | 3/25/2001 | $1,069.95 | $29.45 | Dial Access |
| 69A | Ameritech | 3/4/2001 | $713.84 | $19.83 | Dial Access |
| 70A | Ameritech | 3/25/2001 | $5,497.21 | $57.87 | Dial Access |
| 71A | Ameritech | 3/25/2001 | $5,647.00 | $151.78 | Dial Access Diagnostic/Support |
| 72A | Ameritech | 3/25/2001 | $17,074.42 | $107.66 | Dial Access |
| 73A | Ameritech | 3/22/2001 | $8,942.85 | $104.38 | Dial Access |
| 74A | Ameritech | 3/21/2001 | $8,744.67 | $144.83 | DAF local loop |
| 75A | Ameritech | 3/21/2001 | $80,404.83 | $1,075.56 | CNC telecommunications/ DAF |
| 76A | Ameritech | 3/20/2001 | $9,146.19 | $136.60 | BB ATM Access - Williams |

XO Concentric
2001 FET

| | | | | | |
|---|---|---|---|---|---|
| 77A | Ameritech | 3/19/2001 | $15,848.90 | $456.73 | BB ATM Access/ DAF local loop |
| 78A | Ameritech | 3/19/2001 | $2,151.05 | $31.82 | DAF local loop |
| 79A | Ameritech | 3/18/2001 | $8,693.25 | $69.68 | DAF local loop |
| | | | | $221,549.55 | |