FILED
JAN 17 2006
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-40 T
(JUDGE ______)

XO COMMUNICATIONS

Plaintiff

v.

THE UNITED STATES,

Defendant

PLAINTIFF'S NOTICE OF DIRECTLY RELATED CASES

Pursuant to RCFC 40.2 (a), the Plaintiff contends that the instant case is directly related to XO Communications, Inc. v. United States, Fed. Cl. No. 03-2754 T (2003).

The relationship of these cases, as required by RCFC 40.2 (a) (1), is that both cases involve the same parties, which are XO Communications and the United States, and that both cases are based on the same claim, which is a refund of erroneously paid Section 4251 Communication Excise Tax.

The assignment to a single judge is likely to conserve judicial resources and promote an efficient determination of the actions. As such, this notice is

requesting that the present matter be assigned to Judge Mary Ellen Coster Williams.

Respectfully Submitted,

1/13/06

Anthony C. Gulotta, Esq.
PA Attorney ID No. 82081
Anderson & Gulotta, P.C.
1110 N. Mountain Road
Harrisburg, PA 17112
(717) 635-7145

Date