IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-40 T
(JUDGE MARY ELLEN COSTER WILLIAMS)

XO COMMUNICATIONS, INC.

Plaintiff

v.

THE UNITED STATES,

Defendant

ANSWER

Defendant, the United States, for its answer to plaintiff's complaint, denies each and every allegation that is not admitted or otherwise expressly addressed below. Defendant also:

1. Admits that jurisdiction, to the extent it exists in this case, is conferred by 28 U.S.C. § 1491.
2. Admits that this suit was filed within the period of limitations under 26 U.S.C. § 6532.
3. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.

4. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.
5. Admits the defendant is the United States and that the Internal Revenue Service is the federal agency charged with administering the tax laws, including those laws that may be applicable in this case.
6. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6.
7. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7.
8. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8.
9. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9.
10. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10.
11. Admits the allegations contained in paragraph 11.

12. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12.
13. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13.
14. Admits the allegations contained in paragraph 14.
15. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15.
16. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16.
17. Admits the allegations in the first sentence. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of paragraph 17.
18. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18.
19. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19.

20. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20.
21. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21.
22. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22.
23. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23.
24. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24.
25. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25.
26. Paragraph 26 presents legal contentions through plaintiff’s paraphrasing of the statute and requires no response.
27. Paragraph 27 presents legal contentions through plaintiff’s paraphrasing of the statute and requires no response.
28. Paragraph 28 presents legal contentions through plaintiff’s paraphrasing of the statute and requires no response.

29. Paragraph 29 presents legal contentions through plaintiff’s paraphrasing of the statute and requires no response.

30. Paragraph 30 presents legal contentions through plaintiff’s paraphrasing of the statute and requires no response.

31. Admits that plaintiff filed a request for refund of § 4251 communication excise tax but denies that the tax was erroneously paid, and states that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegation that the Plaintiff assembled and maintained a network to provide internet access to their customers.

32. Admits that plaintiff filed a request for refund of Section 4251 communication excise tax but avers that the IRS received the claim for refund on July 12, 2004.

33. Admits that plaintiff subsequently amended its refund request to $221,549.55, for the quarterly periods ended June 30, 2001 through December 31, 2001, but avers that plaintiff included an amount of $41.67 which relates to periods in 2000.

34. Defendant’s responses to the averments set forth in paragraphs 1-33 are incorporated by reference herein.

35. Denies the allegations contained in paragraph 35.

36. Denies the allegations contained in paragraph 36.

37. Admits the allegations contained in paragraph 37 that plaintiff submitted a Form 8849, states that its attorneys currently lack knowledge or information sufficient to respond to the allegation that the Form 8849 was submitted “in accordance with the procedures set forth by the Internal Revenue Service,” and denies that the payments were erroneous, and that plaintiff is entitled to any refund.

38. States that paragraph 38 constitutes an assertion of law to which no response is required

39. Admits the allegations contained in paragraph 39.

40. Denies the allegations contained in paragraph 40.

WHEREFORE, defendant prays that the complaint be dismissed with prejudice, with all allowable costs assessed against plaintiff.

Respectfully submitted,

March 20, 2006
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

March 20, 2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant