# In the United States Court of Federal Claims

**No. 06-40T**

**(Filed May 11, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**XO COMMUNICATIONS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the agreement of the parties, a Preliminary Scheduling Conference, via telephone, is scheduled for **2:30 pm ET, May 11, 2006**. The court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**