# In the United States Court of Federal Claims

**No. 03-2754T / No. 06-40T**

**(Filed May 11, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**XO COMMUNICATIONS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF CONSOLIDATION AND SCHEDULING ORDER

The Court held a status conference with the parties on May 11, 2006. The parties requested that Case No. 06-40 be consolidated with Case No. 03-2754, and requested a period of 120 days for discovery with regard to damages. In accordance with the request of the parties, the Court orders the following:

1. **Consolidation**. XO Communications, Inc. v. United States, No. 06-40T is hereby consolidated with XO Communications, Inc. v. United States, No. 03-2754T for all purposes.

2. **Discovery**. All discovery with regard to damages shall be completed by **September 8, 2006.**

3. **Status Report**. The parties shall file a joint status report upon completion of discovery and no later than **September 29, 2006.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**