IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-40 T
(JUDGE WHEELER)

XO COMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

SUPPLEMENTAL JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order, filed on May 11, 2006 in the above-referenced matter, the parties submit the following information:

Plaintiff and the United States have completed discovery in this matter. The discovery accomplished includes initial disclosures by the parties, including plaintiff's disclosures of information in support of its claim for refund (such as invoices, filings, etc.), and plaintiff's responses to defendant's interrogatories and requests for production of documents.

At this time, Plaintiff and the United States are waiting to take further action in this action based on the outcome of ***XO Communications, Inc. v. United States***, Fed. Cl. No. 03-2754 T (2003); ***USA Choice v. United States***, Fed Cl. No. 05-525 T (2005); and ***Comcation v. United States***, Fed Cl. No. 05-515 T (2005). Accordingly, the parties believe that further proceedings in this action should be suspended until final decisions are rendered in the above-referenced cases.

Respectfully submitted,

September 25, 2006
Date

s/Anthony C. Gulotta
Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

September 25, 2006
Date

s/ G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief

September 25, 2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant