# In the United States Court of Federal Claims

Nos. 03-2754T and 06-40T

(Filed: October 11, 2006)

```
****************************************  *
                                          *
XO COMMUNICATIONS, INC.,                  *
                                          *
                    Plaintiff,            *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
****************************************  *
```

ORDER

Upon receipt of this case by transfer from Judge Williams on July 24, 2006, the undersigned began a thorough review of the record, which has now been completed. Based upon that review, the Court understands that Defendant is arguing for the application of a 1965 communications excise tax, 26 U.S.C. §§ 4251-4254, to the local telephone component of dial-up internet access service. The Court also understands from the November 30, 2005 expert witness hearing that, at the time the communications excise tax was enacted, the internet, T-1 digital transmission, and Primary Rate Interface ("PRI") transmission, did not exist. Defendant thus is asserting the applicability of a tax to a relatively recent service that could not have been contemplated at the time of enactment.

The Court requests the parties to submit supplemental briefs within 30 days, on or before November 10, 2006, addressing the extent to which the Internal Revenue Service ("IRS") currently imposes a tax on internet access and related internet communications. The parties should focus upon any relevant code section, regulation, revenue ruling, or case law specifically addressing IRS taxation on internet access or communications. The Court is interested in knowing whether the IRS has any policy regarding taxation of internet communications, and whether such taxes have been approved upon legal challenge. The parties also may provide any legal treatises or articles relating to taxation of internet communications.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge