# In the United States Court of Federal Claims

No. 06-40T

(Filed: July 8, 2008)

```
****************************************** *
                                           *
XO COMMUNICATIONS, INC.,                   *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

ORDER

On July 7, 2008, counsel for the parties filed with the Court a Joint Status Report requesting an extension of the existing stay for an additional 45 days, while they review the effect of the recent decision of the Court of Appeals for the Federal Circuit in *USA Choice Internet Service, LLC v. United States*, No. 07-5077 (Fed. Cir. April 15, 2008) on this case. For good cause shown, the parties' request is hereby GRANTED. All proceedings shall be suspended for an additional 45 days, until August 21, 2008, at which point the parties shall file a Joint Status Report indicating how they wish to proceed.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge