IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-40 T

(JUDGE WHEELER)

XO COMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of July 8, 2008 in the above-referenced case, the parties submit the following information:

As previously reported, in ***USA Choice Internet Services, LLC v. United States,*** 522 F.3d 1332 (Fed. Cir. 2008), the United States Court of Appeals for the Federal Circuit held that incoming-only telephone service used for providing dial-up internet service meets the definition of "local phone service" in 26 U.S.C. §4252(a), and unless the service satisfies the "private communication service" exception in §4252(d), the service is subject to tax under § 4251.

Based on the outcome of ***USA Choice***, plaintiff believes that some of the telecommunication services at issue are exempt from the § 4251 excise tax. Plaintiff has identified the services it believes are exempt and has provided defendant's counsel with relevant substantiation. At the time of filing of our previous status report, defendant's counsel believed

that the expert's review would be completed by July 15, 2008. That estimate proved to be overly optimistic, however. It now appears that the review process should be completed by October 10, 2008, and the parties will confer to work out any differences that may arise.

Accordingly, the parties request an additional 45 days to complete this review process, after which they will file another Joint Status Report.

Respectfully submitted,

August 28~~7~~, 2008
Date

*s/Anthony C. Gulotta*

Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

August 28~~7~~, 2008
Date

*s/ G. Robson Stewart*
G. Robson Stewart, Esquire
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief

August 28~~7~~, 2008
Date

*s/Mary M. Abate*
Of Counsel

Attorneys for Defendant