IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.06-40 T
(Judge Wheeler)

XO COMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT MOTION FOR LEAVE TO FILE OUT OF TIME THE PARTIES' JOINT STATUS REPORT

The parties respectfully move for leave to file out of time the accompanying Joint Status Report pursuant to the Court's order of July 8, 2008. That order required the parties to file a joint status report by August 21, 2008.

As reason for the instant motion, the parties state that both counsel inadvertently overlooked the August 21 filing date, and they apologize to the Court for this omission.

Defendant's counsel has authorized plaintiff's counsel to sign this joint motion on his behalf.

Respectfully submitted,

August 28, 2008
Date

*s/Anthony C. Gulotta*
Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

August 28, 2008
Date

*s/ G. Robson Stewart*
G. Robson Stewart, Esquire
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief

August 28, 2008
Date

*s/Mary M. Abate*
Of Counsel

Attorneys for Defendant